**No. 63841.**—Castelazo & Associates, Inc., and K. & C. Co. et al. *v.* United States, protests 301688–K, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of rattan flower cages the same in all material. respects as those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 181, C.D. 2039), except that the merchandise involved herein consists of cages, composed wholly or in chief value of rattancore, the claim of the plaintiffs was sustained. Abstract 59235 followed.